UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22307-CIV-UNGARO/O'SULLIVAN

WILLIAM KERR,

        Plaintiff,

v.

CARNIVAL CORPORATION,

        Defendant.
_____/

## ORDER

THIS MATTER came before the Court on the Plaintiff's Motion to Compel Defendant to Produce Documents (DE # 34, 1/22/08) and the Motion to Compel Defendant to Answer Interrogatories (DE # 33, 1/22/08).  On February 7, 2008, the undersigned granted an enlargement of time for the defendant to respond to the aforementioned motions on or before February 11, 2008 (DE # 41).  On February 12, 2008, the undersigned granted an enlargement of time for the defendant to respond to the aforementioned motions on or before February 13, 2008 (DE # 43).  As of the date of this Order the Court has not received responses to the aforementioned motions.  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no responses from the defendant, and a responses having been due, it is

ORDERED AND ADJUDGED, that the Plaintiff's Motion to Compel Defendant to Produce Documents (DE # 34, 1/22/08) and the Motion to Compel Defendant to Answer Interrogatories (DE # 33, 1/22/08) are GRANTED. On or before March 4, 2008, the defendant shall respond to the plaintiff's discovery requests.

DONE and ORDERED, in chambers, in Miami, Florida, this 19th day of February 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Ungaro

All Counsel of Record